# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

| | | |
|---|---|---|
| Brian Whitaker, | ) | CV 18-09319 JVS(FFMx) |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) ) | |
| Macherich Lakewood, LP, et al., | ) ) | |
| Defendant(s). | ) ) ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: February 27, 2019

_____
James V. Selna
United States District Judge